ALEXANDER *v.* GREENE and others, 7 Hill, 533.
In S. Ct. 3 Hill, 9, and see opinion of Bronson, J., 7 Hill, 537.

*Action on the Case ; Liability of Towboat Owners for carelessness.*

THE facts of this case were as follows : the master of a canal boat laden with merchandise, being in the city of New York, obtained from the defendants, who had been engaged for ten years in the business of towing boats by means of steamboats, on the Hudson river, a permit in the following words. "Capt. H., of the steamboat N., take in tow for

Albany, canal boat A. &c., at the risk of the masters and owners thereof, and collect $30." The permit was delivered to the captain named in it, who accordingly took the canal boat in tow, the master and hands remaining on board in charge of the boat and her cargo, and while proceeding up the river in the night time, she was run upon a rock, out of the channel, and she and her cargo lost. In an action on the case to recover the loss on the ground of the unskilfulness or want of care in the navigation, the Supreme Court held that the defendants were not liable even for gross neglect; the permit being evidence that the plaintiff agreed to *take all* risks. But

The Court of Errors held that their decision was erroneous, and that the permit does not exempt the defendants from the consequences of their own negligence; and that the cause should have gone to the jury; (a non-suit had been ordered, by the judge of circuit, and affirmed by the Supreme Court.)

Judgment reversed, 17 to 1.

☞ See *Caton* v. *Rumney*, 13 Wend. 387.